FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2026
CENTRAL DISTRICT OF CALIFORNIA
BY JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Carlos Santana
Defendant.

Case No.: 2:25-MJ-6306

**ORDER OF DETENTION AFTER HEARING**
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D. Cal., for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on criminal history; lack of local ties; immigration status; instant allegations; no viable surety

________________________________________

________________________________________

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ________________________________

________________________________________

________________________________________

________________________________________

________________________________________

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 8/6/26

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE